Nos. 25-1215, 25-1224

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

Jorge Rivera Lujan, *et al.*,
    Petitioners - Appellants,

v.

Federal Motor Carrier Safety Administration, *et al.*,
    Respondents - Appellees.

Martin Luther King, Jr. County
Petitioner

v.

Sean Duffy, et al.
    Respondents.

On Petition for Review of a Final Rule of the Federal Motor Carrier
Safety Administration

**UNOPPOSED MOTION OF FEDERATION FOR AMERICAN
IMMIGRATION REFORM TO FILE A BRIEF AS *AMICUS CURIAE* IN
SUPPORT OF RESPONDENTS**

Matt A. Crapo
Christopher J. Hajec
Jonathon P. Hauenschild
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
Telephone: (202) 328-7004
mcrapo@fairus.org

Attorneys for *Amicus Curiae*
Federation for American Immigration Reform

## DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and Circuit Rule 26.1, *amicus curiae* Federation for American Immigration Reform makes the following disclosures:

1) For non-governmental corporate parties please list all parent corporations: None.

2) For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock: None.

3) The following entity has an interest in the outcome of this case: Federation for American Immigration Reform.

/s/ Matt A. Crapo

Movant Federation for American Immigration Reform (FAIR) respectfully seeks this Court's leave to file the accompanying *amicus curiae* brief in support of Respondents in their opposition to the emergency motions for stay pending appeal. Counsel for *amicus* FAIR has conferred with counsel for all parties, and all parties have consented to this request for leave. In furtherance of this motion, *amicus* FAIR states as follows:

1. FAIR is a nonprofit corporation and membership organization that was founded in 1979 and has its principal place of business in Washington, D.C. FAIR's mission is to inform the public about the effects of both unlawful and lawful immigration, and to defend American citizens, American workers, and the nation's environment by limiting overall immigration, enhancing border security, and ending illegal immigration. FAIR has been involved in more than 100 legal cases since 1980, either as a party or *amicus curiae*, with the aim of protecting all Americans against the substantial harms of mass migration and illegal immigration. For these reasons, FAIR has direct interests in the issues here.

2. The proffered *amicus* brief discusses whether under the relevant statutes and regulations Petitioners qualify for non-domiciled commercial driver's licenses (CDLs). Congress limited issuance of CDLs to individuals who are domiciled in the State in which they seek the license, and the implementing regulations provide only

1

one relevant exception to that standard: the individual is domiciled in a State incapable of issuing CDLs.

3.  Because these issues are relevant to this Court's decision on the emergency motion for stay pending appeal, FAIR's brief may aid the Court.

For the foregoing reasons, FAIR respectfully requests that the Court grant its motion for leave to file the accompanying brief as *amicus curiae*.

Dated: October 31, 2025                    Respectfully submitted,

/s/ Matt A. Crapo
MATT A. CRAPO
D.C. Bar No. 473355
CHRISTOPHER J. HAJEC
D.C. Bar No. 492551
JONATHON P. HAUENSCHILD
D.C. Bar No. 90024004
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
Telephone: (202) 328-7004
mcrapo@fairus.org
chajec@fairus.org
jhauenschild@fairus.org

Counsel for *Amicus Curiae*
Federation for American Immigration Reform

2

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 284 words, as measured by Microsoft Word software. The motion also complies with the typeface and style requirements of Fed. R. App. P. 32(a)(5) & 32(a)(6) because it has been prepared in a proportionally spaced, Roman-style typeface of 14 points or more.

Dated: October 31, 2025			Respectfully submitted,

						/s/ Matt A. Crapo

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2025, I electronically filed the foregoing motion—together with its accompanying *amicus* brief—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the parties' counsel.

/s/ Matt A. Crapo