UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**DOCKETING STATEMENT**
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. __25-1215__  2. DATE DOCKETED: __10/20/2025__
3. CASE NAME (lead parties only) __Jorge Rivera Lujan__ v. __Federal Motor Carrier Safety Admin.__
4. TYPE OF CASE: ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ○ Yes  ● No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: __Federal Motor Carrier Safety Administration__
   b. Give agency docket or order number(s): __Docket No. FMCSA-2025-0622__
   c. Give date(s) of order(s) __Sept. 29, 2025__
   d. Has a request for rehearing or reconsideration been filed at the agency?  ○ Yes  ● No
      If so, when was it filled? _____  By whom? _____
      Has the agency acted? ○ Yes ○ No  If so, when? _____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Petitioners are drivers who are directly impacted by the rule and organizations whose members include drivers directly impacted by the rule.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ● Yes  ○ No    If YES, identify case name(s), docket number(s), and court(s)
      Martin Luther King, Jr. County v Sean Duffy, No. 25-1224 (D.C. Cir), consolidated with this case.
   g. Are any other caess, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ○ Yes  ● No    If YES, give case name(s) and number(s) of these cases and identify court/agency:
      _____
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution?  ○ Yes  ● No  If YES, provide program name and participation dates.
      _____

Signature __/s/ Wendy Liu__                                  Date __11/10/2025__
Name of Party (Print)  __Rivera Lujan; Semenovskii; American Federation of State, County & Municipal Employees; American Federation of Teachers__
Name of Counsel for Appellant/Petitioner (Print) __Wendy Liu__
Address __Public Citizen Litigation Group, 1600 20th St NW, Washington, DC 20009__
E-Mail __wliu@citizen.org__   Phone ( __202__ ) __588-7727__    Fax ( __202__ ) __588-7795__

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and three copies of such letter should be submitted.

USCA Form 41
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that, on November 10, 2025, the foregoing document was served through the Court's ECF system on counsel for all parties.

/s/ *Wendy Liu*
Wendy Liu