**[ORAL ARGUMENT NOT SCHEDULED]**

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Jorge River Lujan, et al.,<br>　　　　　　Petitioners,<br><br>　　　　v.<br><br>Federal Motor Carrier Safety Administration, et al.,<br>　　　　　　Respondents. | No. 25-1215<br>(Consolidated with<br>No. 25-1224) |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A.   Parties and Amici**

Petitioners in No. 25-1215 are Jorge Rivera Lujan; Aleksei Semenovskii; American Federation of State, County & Municipal Employees, AFL-CIO; and American Federation of Teachers, AFL-CIO. Respondents are the Federal Motor Carrier Safety Administration, the United States Department of Transportation, and the United States.

1

The parties in the consolidated case, No. 25-1224, are petitioner Martin Luther King, Jr. County, Washington, and respondents Sean Duffy in his official capacity as Secretary of the United States Department of Transportation, the United States Department of Transportation, the Federal Motor Carrier Safety Administration, and the United States.

As of this filing, amici supporting petitioners are City of Albany, New York; City of Cambridge, Massachusetts; Montgomery County, Maryland; City of New York, New York; City and County of San Francisco, California; Mayor Celina Benitez, City of Mount Rainier, Maryland; Councilmember Jesse Brown, City of Indianapolis, Indiana; Mayor Chelsea Byers, City of West Hollywood, California; Councilmember Chris Canales, City of El Paso, Texas; Supervisor Michael Chameides, County of Columbia, New York; Mayor John Clark, Town of Ridgway, Colorado; Councilmember Alison Coombs, City of Aurora, Colorado; Councilmember Christine Corrado, Township of Brighton, New York; Supervisor Nikki Fortunato Bas, Alameda County, California; Councilmember Brenda Gadd, Metropolitan Nashville and Davidson County, Tennessee; Mayor Pro Tempore Caroline Torosis, City

of Santa Monica, California; Councilmember Terry Vo, Metropolitan Nashville and Davidson County, Tennessee; Councilmember Ginny Welsch, Metropolitan Nashville and Davidson County, Tennessee; Councilmember Robin Wilt, Township of Brighton, New York; Asylum Seeker Advocacy Project; National Employment Law Project; the Sikh Coalition; the Gurdwara Sahib of Stockton; the Jakara Movement; Sikh American Legal Defense and Education Fund; United Sikhs; California Sikh Youth Alliance; and Umeed-Hope.

The Federation for American Immigration Reform has filed a motion to file a brief as amicus curiae in support of respondents and in opposition to petitioners' motion for a stay pending review. This Court has not yet ruled on that motion.

### B.   Rulings Under Review

Petitioners seek review of the interim final rule issued by respondent Federal Motor Carrier Safety Administration, titled Restoring Integrity to the Issuance of Non-Domiciled Commercial Drivers Licenses (CDLs), 90 Fed. Reg. 46509 (Sept. 29, 2025), as corrected 90 Fed. Reg. 47627 (Oct. 2, 2025).

3

### C.  Related Cases

The case on review has never previously been before this Court or any other court. There is one related case pending before this Court, No. 25-1224, which this Court has consolidated with this case. Undersigned counsel is unaware of any other related cases pending in this Court or any other court.

Respectfully submitted,

/s/ *Wendy Liu*

Teague Paterson
Matthew Blumin
American Federation of
  State, County &
  Municipal Employees,
  AFL-CIO
1625 L Street NW
Washington, DC 20036
(202) 775-5900

*Counsel for Petitioner AFSCME*

Daniel McNeil
Channing Cooper
American Federation of Teachers,
  AFL-CIO
555 New Jersey Avenue NW
Washington, DC 20001
(202) 879-4400

*Counsel for Petitioner AFT*

Wendy Liu
Cormac Early
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
wliu@citizen.org

*Counsel for All Petitioners*

November 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that, on November 10, 2025, the foregoing document was served through the Court's ECF system on counsel for all parties.

/s/ *Wendy Liu*
Wendy Liu