**[ORAL ARGUMENT NOT SCHEDULED]**

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Jorge River Lujan, et al.,<br>          Petitioners,<br><br>      v.<br><br>Federal Motor Carrier Safety<br>Administration, et al.,<br>          Respondents. | No. 25-1215<br>(Consolidated with<br>No. 25-1224) |

## STATEMENT OF INTENT TO UTILIZE
## DEFERRED JOINT APPENDIX

Pursuant to Federal Rule of Appellate Procedure 30(c) and D.C. Circuit Rule 30(c), Petitioners state that they do not intend to utilize a deferred joint appendix.

Respectfully submitted,

/s/ *Wendy Liu*

Teague Paterson
Matthew Blumin
American Federation of
  State, County &
  Municipal Employees,
  AFL-CIO
1625 L Street NW
Washington, DC 20036
(202) 775-5900

*Counsel for Petitioner AFSCME*

Wendy Liu
Cormac Early
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
wliu@citizen.org

*Counsel for All Petitioners in
No. 25-1215*

Daniel McNeil
Channing Cooper
American Federation of Teachers,
  AFL-CIO
555 New Jersey Avenue NW
Washington, DC 20001
(202) 879-4400

*Counsel for Petitioner AFT*

November 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that, on November 10, 2025, the foregoing document was served through the Court's ECF system on counsel for all parties.

/s/ *Wendy Liu*
Wendy Liu
