[ORAL ARGUMENT NOT SCHEDULED]

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Jorge River Lujan, et al.,<br>　　　　　　Petitioners,<br><br>　　　　v.<br><br>Federal Motor Carrier Safety<br>Administration, et al.,<br>　　　　　　Respondents. | No. 25-1215<br>(Consolidated with<br>No. 25-1224) |

## STATEMENT OF ISSUES TO BE RAISED

Petitioners expect to raise the following issues in this petition for review:

1.　Whether the interim final rule titled Restoring Integrity to the Issuance of Non-Domiciled Commercial Drivers Licenses (CDLs), published in the Federal Register by Respondent Federal Motor Carrier Safety Administration (FCMSA) on September 29, 2025, at 90 Fed. Reg. 46509, as corrected 90 Fed. Reg. 47627 (Oct. 2, 2025), is arbitrary, capricious, or otherwise contrary to law.

2. Whether FMCSA lacked good cause to issue the interim final rule and to make the rule immediately effective without following the Administrative Procedure Act's notice-and-comment requirements.

Respectfully submitted,

| | |
|---|---|
| Teague Paterson<br>Matthew Blumin<br> American Federation of<br>  State, County &<br>  Municipal Employees,<br>  AFL-CIO<br>1625 L Street NW<br>Washington, DC 20036<br>(202) 775-5900<br><br>*Counsel for Petitioner AFSCME*<br><br>Daniel McNeil<br>Channing Cooper<br>American Federation of Teachers,<br> AFL-CIO<br>555 New Jersey Avenue NW<br>Washington, DC 20001<br>(202) 879-4400<br><br>*Counsel for Petitioner AFT* | /s/ *Wendy Liu*<br>Wendy Liu<br>Cormac Early<br>Allison M. Zieve<br>Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, DC 20009<br>(202) 588-1000<br>wliu@citizen.org<br><br>*Counsel for All Petitioners in No. 25-1215* |

November 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that, on November 10, 2025, the foregoing document was served through the Court's ECF system on counsel for all parties.

/s/ *Wendy Liu*
Wendy Liu