333 Constitution Avenue, NW, Washington, D.C. 20001

D.C. Circuit Court of Appeals

Case No. 25-1215

In re:

Jorge Rivera Lujan, et al., Petitioners

v.

Federal Motor Carrier Safety Administration, et al., Respondents

## Motion for Leave to Intervene

**Pro Se Intervenor:**
Roman Basenko
CDL Student, National Standard Trucking School
Non-Domiciled Applicant for CDL License
14622 NE 179th St, Woodinville, WA 98072
Email: rombas18@gmail.com
Phone: +16197997019

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
NOV 2 4 2025
RECEIVED

**I. Introduction.**

I, Roman Basenko, respectfully move this Court for leave to intervene as a petitioner in support of the existing petitioners in the above-captioned matter pursuant to Federal Rule of Appellate Procedure and D.C. Circuit rules.

**II. Interest of Proposed Intervenor.**

I am a CDL student at National Standard Trucking School and a non-domiciled applicant for a CDL license.
My CDL training and final examination have been suspended due to the FMCSA rule under review in this case.
I have suffered losses and have no compensation, directly affecting my ability to pursue a commercial driving career or another career.

This interest is direct, substantial, and not adequately represented by the current petitioners.

### III. Grounds for Intervention.

Rule 24(a) of the Federal Rules of Civil Procedure (intervention of right) and corresponding D.C. Circuit rules authorize intervention by a party whose interests may be affected by the outcome. My participation is necessary to protect my legal rights and ensure full representation of all affected non-domiciled CDL applicants.

### IV. Request for Relief.

I respectfully request that this Court:

Grant me leave to intervene as a petitioner in support of the existing petitioners; Permit me to participate fully in all proceedings, filings, and oral arguments related to this case.

### V. Certificate of Service.

I hereby certify that a copy of this Motion has been served on all parties of record in accordance with D.C. Circuit rules.

Application:

1. Permissions and financial documents.
2. Postal receipts.

Respectfully submitted,
Roman Basenko
Pro Se Intervenor
14622 NE 179th St
Woodinville, WA 98072
Email: rombas18@gmail.com

11/19/2025





from

14622 NE 179th St.
Woodinville, WA 98072
Roman Basenko

**CERTIFIED MAIL**

9589 0710 5270 2511 7841 24

to D.C. Circuit Court of Appeals.

333 Constitution Avenue, NW,

Washington, D.C. 20001

U.S. POSTAGE PAID
FCM LETTER
WOODINVILLE, WA 98072
NOV 19, 2025
$6.37
RDC 99
S2322P500295-50
20001
20001-280299



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20005

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 |
| $ | $0.00 | 50 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.78 | |
| $ | | |
| Total Postage and Fees | | |
| $6.08 | | 11/19/2025 |

Sent To: Joseph Marc Sellers
Street and Apt. No., or PO Box No.: 1100 New York Ave, NW Suite 800
City, State, ZIP+4®: Washington, DC 20005

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark: NOV 19 2025 — WOODINVILLE, WA 98072 USPS

9589 0710 5270 2511 7842

Document #2148419    Filed: 11/24/20    15



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Document #2148419   Filed: 11/24/20

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10006

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 |
| $ | $0.00 | 50 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | NOV 19 2025 Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.78 | |
| $ | | 11/19/2025 |
| Total Postage and Fees | | |
| $6.08 | | |

Sent To  Sahel Kaur Sra
Street and Apt. No., or PO Box No.  165 Broadway 23rd Floor
City, State, ZIP+4®  New York, NY 10006

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Woodinville Post Office
Woodinville, WA 98072 USPS

9589 0710 5270 2511 7842 03

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20001

| | | | |
|---|---|---|---|
| Certified Mail Fee | $5.30 | | 0280 |
| $ | | | 50 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here | |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.78 | | |
| $ | | | |
| Total Postage and Fees | | 11/19/2025 | |
| $6.08 | | | |

Sent To Christopher Hajec
Street and Apt. No., or PO Box No.
25 Massachusetts Ave, NW Suite 330
City, State, ZIP+4®
Washington, DC 20001

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

Document #2148419   Filed: 11/24/20[..]

Postmark: WOODINVILLE, WA 98072 USPS — NOV 19 2025

9589 0710 5270 2511 7842



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20001

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 |
| $ | | 50 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $0.78 | |
| $ | | 11/19/2025 |
| Total Postage and Fees | | |
| $6.08 | | |

Sent To: Matt A. Crapo
Street and Apt. No., or PO Box No.: 25 Massachusetts Ave NW Suite 330
City, State, ZIP+4®: Washington, DC 20001

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

*Document #2148419    Filed: 11/24/2025*

*WOODINVILLE POST OFFICE — NOV 19 2025 — WOODINVILLE, WA 98072*



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20009

Certified Mail Fee $5.30
$ $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.78
$
Total Postage and Fees
$6.08

Sent To Allison M. Zieve
Street and Apt. No., or PO Box No. 1600 20th St NW
City, State, ZIP+4® Washington, DC 20009

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 2511 7841

Document #2148419   Filed: 11/24/2015

WOODINVILLE POST OFFICE
NOV 19 2025
WOODINVILLE, WA 98072
11/19/2025
0280 50



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Document #2148419    Filed: 11/24/20

For delivery information, visit our website at www.usps.com®.

Washington, DC 20009

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 |
| $ | | 50 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage | $0.78 | |
| $ | | 11/19/2025 |
| Total Postage and Fees | | |
| $ $6.08 | | |

Sent To: Cormac Early
Street and Apt. No., or PO Box No.: 1600 20th St. NW
City, State, ZIP+4®: Washington, DC 20009

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 2511 7841 06

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20009

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 |
| $ | | 50 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | NOV 19 2025 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.78 | |
| $ | | 11/19/2025 |
| Total Postage and Fees | | |
| $6.08 | | |
| Sent To Wendy Liu | | |
| Street and Apt. No., or PO Box No. 1600 20th St. NW | | |
| City, State, ZIP+4® Washington, DC 20009 | | |

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Woodinville Post Office — WOODINVILLE, WA 98072

OFFICIAL USE

Document #2148419    Filed: 11/24/20
9589 0710 5270 2511 7841 95



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Document #2148419     Filed: 11/24/20

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20036

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 50 |
| $ | $0.00 | |
| **Extra Services & Fees** *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.78 | |
| $ | | 11/19/2025 |
| **Total Postage and Fees** $6.08 | | |

WOODINVILLE, WA 98072 USPS — NOV 19 2025

Sent To: Matthew Stark Blumin
Street and Apt. No., or PO Box No.: 1625 L St. NW
City, State, ZIP+4®: Washington, DC 20036

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 2511 7841

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Document #2148419    Filed: 11/24/20

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20036

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| $ | 0280 50 |

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)            $ $0.00
- ☐ Return Receipt (electronic)          $ $0.00
- ☐ Certified Mail Restricted Delivery   $ $0.00
- ☐ Adult Signature Required             $ $0.00
- ☐ Adult Signature Restricted Delivery  $

Postage    $0.78

Total Postage and Fees    $6.08

Sent To: Teague Pryde Paterson
Street and Apt. No., or PO Box No.: 1625 L St, NW
City, State, ZIP+4®: Washington, DC 20036

Postmark Here: NOV 19 2025 — WOODINVILLE POST OFFICE, WOODINVILLE, WA 980— USPS — 11/19/2025

9589 0710 5270 2511 7841 55

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 |
| $ | $0.00 | NOV 19 2025 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.78 | |
| $ | | 11/19/2025 |
| Total Postage and Fees | | |
| $6.08 | | |

Sent To: Bradley Hinshelwood, Trial Attorney
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave. NW
City, State, ZIP+4®: Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Document #2148419   Filed: 11/24/20  
9589 0710 5270 2511 7841 88  
WOODINVILLE POST OFFICE  
OFFICIAL USE  
WOODINVILLE, WA 98072 USPS

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Document #2148419   Filed: 11/24/20

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20043

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 |
| $ | $0.00 | 50 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | NOV 19 2025 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.78 | |
| $ | | |
| Total Postage and Fees | | |
| $6.08 | | |

WOODINVILLE POST OFFICE
11/19/2025
WOODINVILLE, WA 98072 USPS

Sent To: Elena Goldstein
Street and Apt. No., or PO Box No.: P.O. Box 39553
City, State, ZIP+4®: Washington, DC 20043

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 50 |
| $ | $0.00 | |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.78

Total Postage and Fees
$6.08

Postmark Here
NOV 19 2025
WOODINVILLE
11/19/2025

Sent To: Simon Gregory Jerome
Street and Apt. No. or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4®: Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

Document #2148419  Filed: 11/24/20



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Denver, CO 80202

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| $ | 0280 50 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | NOV 19 2025 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $0.78 |
| $ | |
| Total Postage and Fees | 11/19/2025 |
| $6.08 | |
| Sent To John E. Putnam | |
| Street and Apt. No., or PO Box No. 1675 Broadway Suite 2300 | |
| City, State, ZIP+4® Denver, CO 80202 | |

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Document #2148419    Filed: 11/24/20[25]

Postmark: WOODINVILLE POST OFFICE, WOODINVILLE, WA 98072

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Oakland, CA 94609

Certified Mail Fee $5.30

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.78

Total Postage and Fees
$6.08

Postmark Here
NOV 19 2025
WOODINVILLE POST OFFICE
WOODINVILLE WA 98072

11/19/2025

Sent To: Toby R. Merrill
Street and Apt. No., or PO Box No.: 490 43rd St. Unit 115
City, State, ZIP+4®: Oakland, CA 94609

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

9589 0710 5270 2511 7842

Document #2148419    Filed: 11/24/20



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Document #2148419  Filed: 11/24/20
5 9589 0710 5270 2511 7842 78

For delivery information, visit our website at www.usps.com®.

Washington, DC 20006

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| $ | $0.00 0280 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $0.78 |
| $ | |
| Total Postage and Fees $6.08 | |

Postmark Here
NOV 19 2025
WOODINVILLE POST OFFICE
WOODINVILLE, WA 98072 USPS
11/19/2025

Sent To: Caitlin McCusker
Street and Apt. No., or PO Box No.: 1634 Eye St, NW Suite 300
City, State, ZIP+4®: Washington, DC 20006

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions