Amit Kumar

16785 key lime blvd

Riverside CA 92503

Ph no. 9519015982

Email : amitkanv@gmail.com

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC 17 2025

RECEIVED

Date: 12/10/2025

Clerk of the Court

United States Court of Appeals

for the District of Columbia Circuit

E. Barrett Prettyman U.S. Courthouse

333 Constitution Avenue, NW

Washington, DC 20001

Re: Emergency Motion for Relief Pending Review and Motion to Intervene

Case: Jorge Rivera Lujan v. FMCSA, Case No. [25-1215]

To the Honorable Judges of the Court:

# MOTION TO INTERVENE

Pursuant to Federal Rule of Appellate Procedure 15(d) and this Court's inherent authority, I respectfully move to intervene in the above-captioned matter. I am filing this request pro se, because the rights at stake affect my life directly and immediately, and I have no alternative avenue to protect myself from irreparable harm.

I am a long-standing commercial driver in the State of California ( holding cdl from Jan 2017). I have maintained a clean driving record, complied fully with all state and federal requirements, and have relied on my CDL as my sole source of income. I am also an asylum applicant whose case is pending with Department of Homeland Security and have a valid EAD till 2030 . This status has always been sufficient under federal regulations for the issuance and renewal of my CDL.

Despite this Court's administrative stay blocking the FMCSA's Interim Final Rule, the California Department of Motor Vehicles (CA DMV) is refusing to renew my CDL. I have been told over the phone that they "cannot process" my renewal. Shortly afterward, I received a 60-day cancellation notice( received on Nov 13 2025 , mentioning the licence will be cancelled on Jan 06 2026). I am on the brink of losing everything that allows me and my family to survive—my ability to work, pay mortgage, support myself and my family , and remain stable while my asylum case continues.

My harm is not theoretical. It is unfolding now. For this reason, my interests are:

1. Directly affected,
2. Not adequately represented by existing parties, and
3. Facing imminent damage that the Court cannot remedy later.

For these reasons, I respectfully request that the Court allow me to intervene as a party or, in the alternative, to

participate as an amicus pro se movant whose circumstances require immediate judicial attention.

# EMERGENCY MOTION FOR RELIEF PENDING REVIEW

Pursuant to FRAP 18 and this Court's authority to enforce its own orders, I urgently request relief. This Court placed a stay on the FMCSA's Interim Final Rule. That stay should have protected drivers like me from exactly what is happening now.

Yet the CA DMV is acting as if the stayed rule remains fully in effect—denying renewals and preparing to cancel CDLs, including mine. Also FMCSA also not informing of stay to state DMV and allowing the states to issue the renewals. This state-level enforcement of a blocked federal rule has placed me in an impossible and devastating position.

# I. Irreparable Harm

I am less than 30 days( according to dmv letter, licence will be cancelled on Jan 06  2026) away from the cancellation of my CDL. Without it:

- I will lose my job immediately.
- I will lose the only income me and my family have to survive.
- I will lose my house, housing stability, and the ability to support myself and my family
- I will have no  way to earn a living .I am a commercial driver licence holder  from 2017 . I will loose everything.

I have worked hard, followed every rule, paid taxes, and contributed to the economy. To have my life upended because a state refused to follow this Court's stay has caused intense fear, anxiety, and emotional distress to me and my family and my kids. I am watching my future

collapse in real time and feel powerless to stop it without the Court's intervention.

Once my CDL is cancelled, there is no remedy that can undo the harm. The loss will be immediate, total, and permanent.

## II. The Public Interest and Balance of Equities Favor Relief

Granting this motion simply enforces the status quo as this Court already ordered. The public has no interest in drivers being pushed out of work because a blocked federal rule is being wrongly implemented. The balance of equities overwhelmingly favors preventing wrongful cancellations that this Court's stay was meant to stop.

## III. Requested Relief

I respectfully ask this Court to:

1. Clarify that its administrative stay requires all state DMVs, including the CA DMV, to follow pre-rule standards for CDL issuance and renewal.

2. Order FMCSA to immediately issue guidance to all states confirming that the stayed rule may not be used to deny, refuse to renew, or cancel any CDL. Also order FMCSA to allow the CA DMV to start renewals of CDL.

3. Direct the CA DMV not to cancel or refuse renewal of my CDL while this matter is pending.

4. Grant any additional relief the Court deems necessary to prevent imminent and irreversible harm.

## PRAYER FOR RELIEF

I am not asking for special treatment. I am asking the Court to enforce what it has already ordered: that the FMCSA rule not be applied while it is under judicial review. I am pleading for the ability to continue working, surviving, and staying stable.

The denial of my CDL renewal has placed me in a desperate and emotionally overwhelming situation. I respectfully beg the Court for urgent relief so that I do not lose everything I have worked for in this country.

I declare under penalty of perjury that the statements contained in this motion are true and correct.

Respectfully submitted,

*Amit Kumar*

Amit Kumar

Pro Se Movant & Proposed Intervenor

CALIFORNIA STATE TRANSPORTATION AGENCY                                    GAVIN NEWSOM, Governor

**DEPARTMENT OF MOTOR VEHICLES**
OPERATIONS DIVISION
P.O. BOX 942890   M/S G204
Sacramento, CA 94290-0001
Telephone: (800) 777-0133



November 6, 2025                                                          Y4426106

KUMAR AMIT
16785 KEY LIME BLVD
RIVERSIDE, CA, 92503

**Subject: Notice of Commercial Driver's License (CDL) Cancellation**

Dear KUMAR AMIT,

This letter is to inform you that the Department of Motor Vehicles (DMV) recently reviewed your driver record and submitted legal presence documents. Based on this review, the DMV determined that your Commercial Driver's License (CDL) is not consistent with California law which requires that the expiration date of a CDL must be on or before the expiration of the legal presence documents provided to the DMV.

We regret to inform you that the DMV will cancel your commercial driver's license **60 days** from the date of this letter pursuant to California Vehicle Code §13100 unless you provide legal presence documents that meet new federal guidelines issued on September 26, 2025 (linked below), such as permanent residency or U.S. citizenship.

In addition to your CDL being cancelled, your noncommercial driver's license (DL) will also be cancelled. To obtain a new license, you must:
- Complete an application online,
- Schedule an appointment to visit your nearest DMV field office,
- Surrender the driver's license in your possession, and
- Bring this letter and all relevant documentation so our staff may conduct a thorough review and provide appropriate guidance.

Additional licensing requirements may apply. To start your application and schedule an appointment, please visit edl.dmv.ca.gov or call (800) 777-0133.

On September 26, 2025, federal guidelines established by the Trump Administration imposed new restrictions on issuance of CDLs to individuals with limited-term legal presence (non-domiciled) in the United States. For more information regarding the new FMCSA requirements for non-domiciled CDLs, visit https://www.fmcsa.dot.gov/newsroom/interim-final-ruling-restoring-integrity-issuance-non-domiciled-drivers-licenses-cdl.

Sincerely,

California Department of Motor Vehicles

A Public Service Agency





Personal Statement to the Court

Your Honor,

I respectfully submit this statement to explain the circumstances surrounding my inability to renew my Commercial Driver License (CDL) and the serious hardship this has caused. I also recieved a 60 day cancellation notice which mention the licence will be cancelled by January 06 2026.

I am a lawful CDL holder with valid authorization to work in the United States through the year 2030. Commercial driving is my profession and my primary means of supporting myself and my family. I have complied with all legal requirements related to my CDL, and I have not been informed of any violation, disqualification, or misconduct on my part. DMV is also sent a 60 day cancellation notice but it is not because I have done something wrong , It's because of DMV paperwork or clerical error.

Despite this, the California Department of Motor Vehicles has refused to renew my CDL, stating that the Federal Motor Carrier Safety Administration (FMCSA) is

conducting an audit and they are under corrective action plan and that, until that is completed, the DMV is not permitted to issue or renew my license. They said Fmcsa is Not allowing CA DMV to issue or renew the cdl. This denial is not based on my conduct or eligibility, but on an administrative process entirely outside of my control.

The loss of my CDL will cause significant financial and emotional hardship. Without it, I am unable to work in my profession or earn a living. I am facing uncertainty and distress despite having lawful work authorization and a clean record. It is extremely difficult to accept being prevented from working when I have done everything required of me under the law.

I respectfully ask the Court to consider that I am being penalized through no fault of my own and to consider any relief, guidance, or temporary accommodation that would allow me to continue working lawfully while the FMCSA audit/ corrective action plan remains pending or until the court decide this case.

Thank you, Your Honor, for your time, attention, and consideration of my circumstances.

Respectfully submitted,

Amit Kumar  */s/ Amit Kumar*

CDL Number Y4426106

