# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1215**                   **September Term, 2025**

**FMCS-2025-0622**
**FMCS-90FR46509**

**Filed On: December 19, 2025** [2151306]

Jorge Rivera Lujan, et al.,

       Petitioners

       v.

Federal Motor Carrier Safety Administration, et al.,

       Respondents

------------------------------

Consolidated with 25-1224

### O R D E R

       Upon consideration of the motion to intervene and for emergency relief pending review, it is

       **ORDERED**, on the court's own motion, that this case be returned to the court's active docket.

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                               BY:     /s/
                                               Catherine J. Lavender
                                               Deputy Clerk