# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1215**                                   **September Term, 2025**

FMCS-2025-0622
FMCS-90FR46509

**Filed On: December 22, 2025** [2151603]

Jorge Rivera Lujan, et al.,

      Petitioners

    v.

Federal Motor Carrier Safety Administration,
et al.,

      Respondents

------------------------------

Consolidated with 25-1224

## O R D E R

It is **ORDERED**, on the court's own motion, that this case is hereby held in abeyance pending further order of the court.

The Federal Motor Carrier Safety Administration is directed to file status reports at 90-day intervals beginning March 3, 2026.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                            BY:    /s/
                                             Catherine J. Lavender
                                             Deputy Clerk