# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-1215**                                          **September Term, 2025**

FMCSA-2025-0622

**Filed On: October 20, 2025** [2141153]

Jorge Rivera Lujan, et al.,

        Petitioners

    v.

Federal Motor Carrier Safety
Administration, et al.,

        Respondents

## **N O T I C E**

    This case was docketed on October 20, 2025. The Federal Motor Carrier Safety Administration is hereby notified that the attached is a true copy of the petition for review, which was filed on October 20, 2025, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

                                                      **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                                      BY:    /s/
                                                        Lynda M. Flippin
                                                        Deputy Clerk

Attachment:
        Certified Copy of Petition for Review