# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1215**                            **September Term, 2025**

FMCS-2025-0622
FMCS-90FR46509

**Filed On: October 24, 2025** [2142029]

Jorge Rivera Lujan, et al.,

       Petitioners

       v.

Federal Motor Carrier Safety Administration, et al.,

       Respondents

------------------------------

Consolidated with 25-1224

### O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                                                   **FOR THE COURT:**
                                                   Clifton B. Cislak, Clerk

                             BY:    /s/
                                        Elbert B.J. Lestrade
                                        Deputy Clerk