# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-1215            September Term, 2025

FMCS-2025-0622
FMCS-90FR46509

Filed On: October 27, 2025

Jorge Rivera Lujan, et al.,

        Petitioners

        v.

Federal Motor Carrier Safety Administration, et al.,

        Respondents

------------------------------

Consolidated with 25-1224

        **BEFORE:**     Katsas, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of the emergency motions for stay pending review, it is

**ORDERED**, on the court's own motion, that respondents file a joint response to the two emergency motions by 5:00 p.m. on Friday, October 31, 2025, and that petitioners file any replies by 5:00 p.m. on Monday, November 3, 2025.

### Per Curiam

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

        BY:     /s/
                    Selena R. Gancasz
                    Deputy Clerk