**[ORAL ARGUMENT NOT SCHEDULED]**

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Jorge Rivera Lujan, et al., <br>　　　　　　　Petitioners, <br><br>v. <br><br>Federal Motor Carrier Safety Administration, et al., <br>　　　　　　　Respondents. | No. 25-1215 <br>(Consolidated with <br>No. 25-1224) |

## PETITIONERS' RESPONSE TO RESPONDENTS' MOTION TO HOLD PETITIONS IN ABEYANCE

On November 13, 2025, this Court granted Petitioners' emergency motion to stay the September 29, 2025, interim final rule of the Federal Motor Carrier Safety Administration (FMCSA) entitled "Restoring Integrity to the Issuance of Non-Domiciled Commercial Drivers Licenses (CDLs)," 90 Fed. Reg. 46509 (Sept. 29, 2025), as corrected 90 Fed. Reg. 47627 (Oct. 2, 2025). As a result, the interim final rule is not in effect.

On November 19, 2025, Respondents filed a motion to hold the consolidated petitions in abeyance pending FMCSA's promulgation of a final rule. Petitioners Jorge Rivera Lujan, Aleksei Semenovskii, American Federation of State, County & Municipal Employees, AFL-CIO

1

(AFSCME), and American Federation of Teachers, AFL-CIO (AFT) do not oppose the motion.

Respectfully submitted,

Teague Paterson
Matthew Blumin
American Federation of
  State, County &
  Municipal Employees,
  AFL-CIO
1625 L Street NW
Washington, DC 20036
(202) 775-5900

*Counsel for Petitioner AFSCME*

Daniel McNeil
Channing Cooper
American Federation of Teachers,
  AFL-CIO
555 New Jersey Avenue NW
Washington, DC 20001
(202) 879-4400

*Counsel for Petitioner AFT*

/s/ *Wendy Liu*
Wendy Liu
Cormac Early
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
wliu@citizen.org

*Counsel for All Petitioners in No. 25-1215*

November 24, 2025

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by the Federal Rules of Appellate Procedure and this Court's rules, this document contains 116 words, as calculated by Microsoft Word 365.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface, 14-point Century Schoolbook, using Microsoft Word 365.

/s/ *Wendy Liu*
Wendy Liu

## CERTIFICATE OF SERVICE

I hereby certify that, on November 24, 2025, the foregoing document was served through the Court's ECF system on counsel for all parties.

/s/ *Wendy Liu*
Wendy Liu