333 Constitution Avenue, NW, Washington, D.C. 20001

D.C. Circuit Court of Appeals

Case No. 25-1215

In re:

Jorge Rivera Lujan, et al., Petitioners

v.

Federal Motor Carrier Safety Administration, et al., Respondents

## Motion for Leave to Intervene

**Pro Se Intervenor:**
Roman Basenko
CDL Student, National Standard Trucking School
Non-Domiciled Applicant for CDL License
14622 NE 179th St, Woodinville, WA 98072
Email: rombas18@gmail.com
Phone: +16197997019

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
NOV 2 4 2025
RECEIVED

### I. Introduction.

I, Roman Basenko, respectfully move this Court for leave to intervene as a petitioner in support of the existing petitioners in the above-captioned matter pursuant to Federal Rule of Appellate Procedure and D.C. Circuit rules.

### II. Interest of Proposed Intervenor.

I am a CDL student at National Standard Trucking School and a non-domiciled applicant for a CDL license.
My CDL training and final examination have been suspended due to the FMCSA rule under review in this case.
I have suffered losses and have no compensation, directly affecting my ability to pursue a commercial driving career or another career.

**This interest is direct, substantial, and not adequately represented by the current petitioners.**

### III. Grounds for Intervention.

Rule 24(a) of the Federal Rules of Civil Procedure (intervention of right) and corresponding D.C. Circuit rules authorize intervention by a party whose interests may be affected by the outcome. My participation is necessary to protect my legal rights and ensure full representation of all affected non-domiciled CDL applicants.

### IV. Request for Relief.

I respectfully request that this Court:

Grant me leave to intervene as a petitioner in support of the existing petitioners; Permit me to participate fully in all proceedings, filings, and oral arguments related to this case.

### V. Certificate of Service.

I hereby certify that a copy of this Motion has been served on all parties of record in accordance with D.C. Circuit rules.

Application:

1. Permissions and financial documents.
2. Postal receipts.

Respectfully submitted,
Roman Basenko
Pro Se Intervenor
14622 NE 179th St
Woodinville, WA 98072
Email: rombas18@gmail.com

11/19/2025





from

14622 NE 179th St.
Woodinville, WA 98072
Roman Basenko

**CERTIFIED MAIL**

9589 0710 5270 2511 7841 24

to D.C. Circuit Court of Appeals.

333 Constitution Avenue, NW,

Washington, D.C. 20001

U.S. POSTAGE PAID
FCM LETTER
WOODINVILLE, WA 98072
NOV 19, 2025
$6.37
RDC 99   S2322P500295-50



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20005

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| $ | $0.00 |
| **Extra Services & Fees** *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.78 |
| Total Postage and Fees | $6.08 |

Postmark Here — NOV 19 2025 — WOODINVILLE, WA 98072 USPS — 11/19/2025

Sent To: Joseph Marc Sellers
Street and Apt. No., or PO Box No.: 1100 New York Ave, NW Suite 800
City, State, ZIP+4®: Washington, DC 20005

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

9589 0710 5270 2511 7842

Document #2148419  Filed: 11/24/20...



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10006

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $0.78 |
| $ | |
| Total Postage and Fees | |
| $6.08 | |

0280
50

NOV 19 2025 Postmark Here

WOODINVILLE POST OFFICE
WOODINVILLE, WA 98072 USPS
11/19/2025

Sent To: Sahel Kaur Sra
Street and Apt. No., or PO Box No.: 165 Broadway 23rd Floor
City, State, ZIP+4: New York, NY 10006

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2511 7842 03

Document #2148419 Filed: 11/24/20



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Document #2148419    Filed: 11/24/20[25]

For delivery information, visit our website at www.usps.com®.

Washington, DC 20001

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | |
| $ | $0.00 | 0280 50 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ | $0.00 | |
| ☐ Return Receipt (electronic) $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ | $0.00 | NOV 19 2025 Here |
| ☐ Adult Signature Required $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $0.78 | |
| $ | | 11/19/2025 |
| Total Postage and Fees $6.08 | | |

Sent To Christopher Hajec
Street and Apt. No., or PO Box No. 25 Massachusetts Ave, NW Suite 330
City, State, ZIP+4® Washington, DC 20001

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

WOODINVILLE, WA 98072 USPS — OFFICIAL U.S. POST OFFICE — 11/19/2025

9589 0710 5270 2511 7842



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20001

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 50 |
| $ | $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.78 | |
| $ | | 11/19/2025 |
| Total Postage and Fees $6.08 | | |
| Sent To Matt A. Crapo | | |
| Street and Apt. No., or PO Box No. 25 Massachusetts Ave NW Suite 330 | | |
| City, State, ZIP+4® Washington, DC 20001 | | |

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

*Postmark: WOODINVILLE POST OFFICE, NOV 19 2025, WOODINVILLE, WA 98072*



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Document #2148419  Filed: 11/24/2025

For delivery information, visit our website at *www.usps.com*®

Washington, DC 20009

| Certified Mail Fee | $5.30 |
| --- | --- |
| $ | $0.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy) $ $0.00
- [ ] Return Receipt (electronic) $ $0.00
- [ ] Certified Mail Restricted Delivery $ $0.00
- [ ] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $

Postmark Here

Postage $0.78

Total Postage and Fees
$ $6.08

11/19/2025

Sent To Allison M. Zieve
Street and Apt. No., or PO Box No. 1600 20th St. NW
City, State, ZIP+4® Washington, DC 20009

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

9589 0710 5270 2511 7841 15

Woodinville Post Office
NOV 19 2025
WOODINVILLE, WA 98072 USPS

0280 50



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20009

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 |
| $ | | 50 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $0.78
$

Total Postage and Fees
$6.08

11/19/2025

Sent To: Cormac Early
Street and Apt. No., or PO Box No.: 1600 20th St. NW
City, State, ZIP+4®: Washington, DC 20009

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2511 7841 94

Document #2148419  Filed: 11/24/20

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20009

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 |
| $ | | 50 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.78 | |
| $ | | 11/19/2025 |
| Total Postage and Fees | | |
| $6.08 | | |

NOV 19 2025 — WOODINVILLE, WA 98072

Sent To Wendy Liu
Street and Apt. No., or PO Box No. 1600 20th St. NW
City, State, ZIP+4® Washington, DC 20009

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Document #2148419   Filed: 11/24/20



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20036

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 |
| $ | $0.00 | 50 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.78 | |
| $ | | 11/19/2025 |
| Total Postage and Fees | | |
| $6.08 | | |

Postmark: NOV 19 2025, WOODINVILLE, WA 98072 USPS

Sent To: Matthew Stark Blumin
Street and Apt. No., or PO Box No.: 1625 L St. NW
City, State, ZIP+4®: Washington, DC 20036

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Document #2148419    Filed: 11/24/20[25]

9589 0710 5270 2511 7841

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Document #2148419    Filed: 11/24/20

9589 0710 5270 2511 7841 55

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20036

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| $ | 0280 50 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)          $ $0.00
- ☐ Return Receipt (electronic)         $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required            $ $0.00
- ☐ Adult Signature Restricted Delivery $

| Postage | $0.78 |
|---|---|
| $ | |
| Total Postage and Fees | |
| $ | $6.08 |

Postmark Here — NOV 19 2025 — WOODINVILLE POST OFFICE — WOODINVILLE, WA 980 — USPS — 11/19/2025

Sent To  Teague Pryde Paterson
Street and Apt. No., or PO Box No.  1625 L St. NW
City, State, ZIP+4®  Washington, DC 20036

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 |
| $ | $0.00 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | NOV 19 2025 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.78 | |
| $ | | 11/19/2025 |
| Total Postage and Fees | | |
| $6.08 | | |

Sent To: Bradley Hinshelwood, Trial Attorney
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave. NW
City, State, ZIP+4®: Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

Document #2148419    Filed: 11/24/20[25]

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20043

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | 0280 |
| $ | $0.00 | 50 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.78 | |
| $ | | |
| Total Postage and Fees | | |
| $8.08 | | |

WOODINVILLE POST OFFICE
NOV 19 2025
11/19/2025
WOODINVILLE, WA 98072 USPS

Sent To Elena Goldstein
Street and Apt. No., or PO Box No. P.O. Box 39553
City, State, ZIP+4® Washington, DC 20043

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

7842 2511 5270 0710 9589
Document #2148419    Filed: 11/24/20



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Document #2148419    Filed: 11/24/20

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| Certified Mail Fee | $5.30 | | 0280 |
| --- | --- | --- | --- |
| $ | | $0.00 | 50 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $0.78

Total Postage and Fees
$6.08

Postmark Here — NOV 19 2025 — WOODINVILLE — 11/19/2025

Sent To: Simon Gregory Jerome
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4®: Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047       See Reverse for Instructions

9589 0710 5270 2511 7850 58



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Document #2148419    Filed: 11/24/20

For delivery information, visit our website at *www.usps.com®*.

Denver, CO 80202

| Certified Mail Fee | $5.30 | 0280 |
| --- | --- | --- |
| $ | $0.00 | 50 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here
NOV 19 2025

Postage    $0.78
$

Total Postage and Fees
$6.08

11/19/2025

Sent To    John E. Putnam
Street and Apt. No., or PO Box No.    1675 Broadway Suite 2300
City, State, ZIP+4®    Denver, CO 80202

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

WOODINVILLE POST OFFICE
WOODINVILLE, WA 98072

9589 0710 5270 2511 7842

Document #2148419    Filed: 11/24/20

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Oakland, CA 94609

Certified Mail Fee  $5.30   0280
$                   $0.00   50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $  $0.00
☐ Return Receipt (electronic)         $  $0.00
☐ Certified Mail Restricted Delivery  $  $0.00       Postmark
☐ Adult Signature Required            $  $0.00        Here
☐ Adult Signature Restricted Delivery $

Postage  $0.78

Total Postage and Fees

                                              11/19/2025

Sent To Toby R. Merrill
Street and Apt. No., or PO Box No. 490 43rd St. Unit 115
City, State, ZIP+4® Oakland, CA 94609

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 2511 7842

NOV 19 2025
WOODINVILLE POST OFFICE
WOODINVILLE WA 98072



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Document #2148419    Filed: 11/24/20

9589 0710 5270 2511 7842 78

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20006

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| $ | 0280 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.78 |
| Total Postage and Fees | $6.08 |

Postmark Here
NOV 19 2025
WOODINVILLE POST OFFICE
WOODINVILLE, WA 98072 USPS
11/19/2025

Sent To: Caitlin McCusker
Street and Apt. No., or PO Box No.: 1634 Eye St, NW Suite 300
City, State, ZIP+4®: Washington, DC 20006

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions