# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-1215**                               **September Term, 2025**

FMCS-2025-0622
FMCS-90FR46509

**Filed On: December 3, 2025** [2148502]

Jorge Rivera Lujan, et al.,

        Petitioners

    v.

Federal Motor Carrier Safety
Administration, et al.,

        Respondents

------------------------------

Consolidated with 25-1224

## O R D E R

Upon consideration of respondents' motion to hold case in abeyance and the responses thereto, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The Federal Motor Carrier Safety Administration is directed to file status reports at 90-day intervals beginning March 3, 2026.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

        BY:    /s/
                    Catherine J. Lavender
                    Deputy Clerk