# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-1215** | **September Term, 2025** |
| | FMCS-2025-0622 |
| | FMCS-90FR46509 |
| | **Filed On:**  December 22, 2025 |

Jorge Rivera Lujan, et al.,

      Petitioners

    v.

Federal Motor Carrier Safety Administration, et al.,

      Respondents

------------------------------

Consolidated with 25-1224

      **BEFORE:**   Rao, Walker, and Childs, Circuit Judges

## O R D E R

      Upon consideration of the motion to intervene and for emergency relief pending review filed December 17, 2025, it is

      **ORDERED** that the motion be denied.  First, movant failed to move to intervene in time and has not established good cause for extending the deadline.  <u>See</u> Fed. R. App. P. 15(d), 26(b).  Second, he has not shown that California currently plans to cancel his commercial driver's license given that California's letter to him predated this court issuing a stay.  Third, because California is not a party to this case, movant has not demonstrated that this court could grant him relief that would "prevent irreparable harm." <u>Mexichem Specialty Resins, Inc. v. EPA</u>, 787 F.3d 544, 555 (D.C. Cir. 2015) (quoting <u>Chaplaincy of Full Gospel Churches v. England</u>, 454 F.3d 290, 297 (D.C. Cir. 2006)).

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:   /s/
                        Lynda M. Flippin
                        Deputy Clerk