# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1032**                                                  **September Term, 2025**

FMCS-2025-0622
FMCS-90FR46509

**Filed On: February 12, 2026** [2158861]

Jorge Rivera Lujan, et al.,

       Petitioners

    v.

Federal Motor Carrier Safety Administration, et al.,

       Respondents

------------------------------

Consolidated with 25-1215

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Newly consolidated case 26-1032 is hereby held in abeyance pursuant to the order filed in case(s) 25-1215 on December 22, 2025. The deadlines to file motions to govern future proceedings in this case remain in effect.

                                                 **FOR THE COURT:**
                                                 Clifton B. Cislak, Clerk

                                   BY:    /s/
                                                 Laura M. Morgan
                                                 Deputy Clerk