# United States Court of Appeals
### For The District of Columbia Circuit

———————

**No. 25-1215**                                           **September Term, 2025**

FMCS-2025-0622
FMCS-90FR46509

Filed On: February 20, 2026

Jorge Rivera Lujan, et al.,

      Petitioners

    v.

Federal Motor Carrier Safety Administration,
et al.,

      Respondents

------------------------------

Consolidated with 25-1224, 26-1032

## O R D E R

    Upon consideration of the joint motion to sever and lift the abeyance as to No. 26-1032, it is

    **ORDERED** that the motion be granted. No. 26-1032 is severed from No. 25-1215, et al., and No. 26-1032 is returned to the court's active docket. It is

    **FURTHER ORDERED** that No. 25-1215, et al., remain in abeyance pending further order of the court. The parties in No. 25-1215, et al., are directed to file motions to govern further proceedings in those consolidated cases within 30 days of the court's disposition of No. 26-1032.

                                                      **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                                   BY:    /s/
                                                      Laura M. Morgan
                                                      Deputy Clerk